IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

THURMAN CHANEY                                                                          PETITIONER

V.                                          NO: 2:05CV00071 JFF

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                             RESPONDENT

JUDGMENT

IT is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed with prejudice.

IT IS SO ADJUDGED this 28th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE